NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed
Intermediate Court of Appeals
30553
27-MAR-2012
08:52 AM**

NO. 30553

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI


STATE OF HAWAIʻI, Plaintiff-Appellee,
v.
PAMELA L. TAYLOR, aka A. El-Hajhd Jamil-Taylor, Esq.,
Defendant-Appellant


APPEAL FROM THE CIRCUIT COURT OF THE FIRST CIRCUIT
(CR. NO. 09-1-1403)


ORDER OF CORRECTION
(By: Nakamura, Chief Judge, for the court[1])

The Summary Disposition Order, filed on February 29, 2012, is hereby corrected as follows:

1.   On page 1, in the third line of text from the bottom of the page, the word "to" should be inserted between the "Taylor" and "five" so that as corrected, the text reads: ". . . sentenced Taylor to five years of imprisonment . . . ."

2.   On page 2, in the ninth and tenth lines under Section "I.", the name "Higa" is misspelled and should be replaced with "Hipa" so that as corrected, the text reads: ". . . in a case against Bernadette Hipa, called Bernadette Hipa identifying herself as an attorney . . . ."

3.   On page 3, in the "DATED" line, the word "at" should be deleted so that as corrected, the text reads: "DATED: Honolulu, Hawaiʻi, February 29, 2012."

_____

[1] Nakamura, Chief Judge, and Foley and Leonard, JJ.

The clerk of the court is directed to take all necessary steps to notify the publishing agencies of these changes.

DATED: Honolulu, Hawai'i, March 27, 2012.

FOR THE COURT:

Chief Judge